# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  GARLAND D. TISDALE                                    Case Number: 05-70052
407 MEEKER DRIVE
NEW MILFORD, IL  61109                    SSN-xxx-xx-0901

Case filed on: 1/6/2005
Plan Confirmed on: 3/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,787.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,550.00 | 2,550.00 | 2,550.00 | 0.00 |
|  | Total Legal | 2,550.00 | 2,550.00 | 2,550.00 | 0.00 |
| 012 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF PUBLIC AID | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
|  | Total Priority | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| 999 | GARLAND D. TISDALE | 0.00 | 0.00 | 466.22 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 466.22 | 0.00 |
| 001 | GARY'S AUTO SALES | 5,500.00 | 5,500.00 | 5,500.00 | 0.00 |
| 005 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 5,500.00 | 5,500.00 | 5,500.00 | 0.00 |
| 001 | GARY'S AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | PREMIER BANKCARD/CHARTER | 508.31 | 508.31 | 508.31 | 0.00 |
| 006 | ROYCE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | WORLD ACCEPTANCE CORPORATION | 250.00 | 250.00 | 250.00 | 0.00 |
| 008 | SECURITY FINANCE | 453.83 | 453.83 | 453.83 | 0.00 |
| 009 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 172.76 | 172.76 | 172.76 | 0.00 |
| 011 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROUNDUP FUNDING LLC | 1,929.68 | 1,929.68 | 1,929.68 | 0.00 |
|  | Total Unsecured | 3,314.58 | 3,314.58 | 3,314.58 | 0.00 |
|  | Grand Total: | 16,528.58 | 16,528.58 | 11,994.80 | 0.00 |

Total Paid Claimant:        $11,994.80
Trustee Allowance:          $792.20               Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00                discharging the trustee and the trustee's surety from any and all
                                                  liablility on account of the within proceedings, and closing the estate,
                                                  and for such other relief as is just.  Pursuant to FRBP, I hereby
                                                  certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan